AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MA__

USA
v.
Bernard Smith

**APPEARANCE**

Case Number: 05 10009-

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  defendant

I certify that I am admitted to practice in this court.

Date: 1/25/05

1/25/05
N. Russo

Signature: Max D. Stern

Print Name: Max D. Stern    Bar Number: 479560

Address: 90 Canal St., 5th Floor

City: Boston    State: MA    Zip Code: 02114

Phone Number: 617-742-5800    Fax Number: 617-742-5858