# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                    CRIMINAL NO. 2005-10009-DPW

BERNARD SMITH,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

1/13/2005 - Indictment returned.

1/25/2005 - Initial Appearance/Arraignment

1/26 - 2/23/2005 - Excluded as per L.R. 112.2(A)(2)

3/3/2005- Conference held.

3/4 - 23/2005 -   Continuance granted so that the defendant's counsel can complete his review of the discovery provided by the government.  I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of March 23, 2005, SEVEN (7) non-excludable days will have occurred leaving SIXTY-THREE (63) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 10, 2005.