UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10009-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| BERNARD SMITH, | ) | |
|     Defendant | ) | |
| | ) | |

**JOINT STATUS REPORT PURSUANT TO L.R. 116.5(A)**

Pursuant to L.R. 116.5(A), the parties hereby submit the following status report.

(1)    No relief is necessary.

(2)    Defendant is not requesting discovery concerning expert witnesses.

(3)    No additional discovery is anticipated.

(4)    No pretrial motions are anticipated.

(5)    The parties request that the period from March 23, 2005 through the next date for the Interim Status Conference be excluded to provide the parties time to discuss the possibility of a guilty plea.  An order permitting such exclusion may properly be entered upon a finding by the Court that the ends of justice served by granting such an exclusion outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

(6)    Defendant does not anticipate a trial.

(7)    Defendant requests an Interim Status Conference on or about April 26, 2005.

Counsel for defendant states that he has conferred with Carmen Ortiz, the Assistant United States Attorney assigned to this case, and she has authorized counsel for defendant to submit this as a Joint Status Report.

Respectfully Submitted,

/s/ Max D. Stern
Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800