# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.      CRIMINAL NO. 2005-10009-DPW

BERNARD SMITH,
      Defendant.

## FURTHER ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

3/24/2005 - Conference held.

3/25/2004 - 4/28/2005 -   Continuance granted so that the defendant's counsel can attempt to reach a plea agreement with the Government. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of April 28, 2005, SEVEN (7) non-excludable days have occurred

leaving SIXTY-THREE (63) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
March 24, 2005.                               United States Magistrate Judge