# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

   v.      CRIMINAL NO. 2005-10009-DPW

BERNARD SMITH,
   Defendant.

## REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

  An Initial Status Conference was held on March 24, 2005; counsel for the defendant was present.

  The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

  (1) No.

  (2) No request is made for expert discovery.

  (3) No.

  (4) No non-discovery type motions will be filed.

(5)   *See* Further Order of Excludable Delay entered this date.

(6)   A trial will probably not be necessary; trial would take four days.

(7)   The Final Status Conference is set for **Friday, April 29, 2005 at 2:30 P.M.**

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)   *See* ¶¶ (1)-(4), *supra*.

(2)   It does not.

(3)   None.

(4)   *See* Further Order of Excludable Delay entered this date.

(5)   Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

March 24, 2005.