```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
Plaintiff,                     )
                               ) CRIMINAL NO.
v.                             ) 05-10009-DPW
                               )
BERNARD SMITH,                 )
Defendant.                     )
```

### ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING

WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **2:30 P.M. ON MAY 9, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

                                        BY THE COURT,

DATE: May 4, 2005

/s/ Michelle Rynne
Deputy Clerk