UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )
     v.                       )     CRIMINAL NO. 05-10009-DPW
                              )
BERNARD SMITH                 )
_____)

**DEFENDANT'S ASSENTED-TO MOTION TO RESCHEDULE SENTENCING**

Defendant moves that the Court reschedule the sentencing, now set for September 8, to **September 23, 2005**, and to reset the other deadlines in the Procedural Order as follows:

> **Disclosure of initial PSR to counsel by August 19.**
> **Objections of counsel by September 6.**
> **Submission of final PSR by September 16.**
> **Request for evidentiary hearing by September 16.**

In support, defendant says as follows:

1. When the sentencing date was originally set, counsel overlooked the fact that this would cause certain important deadlines to arise and require significant work to be done during the time counsel plans to be away on vacation, during the last two weeks of August.

2. Defense counsel has reviewed the proposed new schedule with Assistant United States Attorney Ortiz and Probation Officer Sean Buckley and they assent to it.

Respectfully submitted,

/s/ Max D. Stern
Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated:  July 14, 2005
G:\SSWG\Stealth Components\motion to reschedule.wpd