

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin E. Levin
Kenneth M. Resnik
Lillian Hirales

September 14, 2005

**VIA ECF**

Michelle Rynne
Deputy Clerk
One Courthouse Way
Boston, MA 02210

        Re:    United States v. Bernard Smith
                  Cr. No. 05-10009-DPW

Dear Ms. Rynne:

At the Rule 11 hearing in this case, Judge Woodlock directed us to advise you if an evidentiary hearing is requested.

It now appears that an evidentiary hearing will be required in this case, as to the issue of defendant's role in the offense (USSG §3B1.1) and defendant requests that the Court hold such a hearing.

The sentencing is now scheduled for Friday, September 23, at 2:30 pm. If the Court has the morning available, I would suggest scheduling the hearing for 9 am on that day. Both the government and the defense are available at that time.

                              Yours truly,

                              /s/ *Max D. Stern*

MDS/jah
cc:    Carmen Ortiz, Assistant United States Attorney