UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                     )
UNITED STATES OF AMERICA    )
                                     )
        v.                            )          CRIMINAL NO. 05-10009-DPW
                                     )
BERNARD SMITH                  )
_____)

**DEFENDANT'S MOTION FOR LEAVE TO FILE A SENTENCING MEMORANDUM
IN EXCESS OF 20 PAGES**

Defendant moves for leave to file a Sentencing Memorandum in excess of 20 pages. In

support thereof, defendant states that this case involves complex issues, particularly concerning

the calculation of loss. Defendant's sentencing memorandum, despite every effort to be

succinct, is 24 pages in length.


                                     Respectfully submitted,



                                     */s/ Max D. Stern*
                                     Max D. Stern
                                     BBO No. 479560
                                     Kenneth Resnik
                                     BBO No. 637527
                                     Stern, Shapiro, Weissberg
                                      & Garin, LLP
                                     90 Canal Street, Suite 500
                                     Boston, MA 02114-2022
                                     (617) 742-5800

Dated:  October 17, 2005.

G:\SSWG\Stealth Components\motion for leave to file in excess.wpd