UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05cr10009-001-DPW |
| | ) | |
| BERNARD SMITH | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Bernard Smith, by payment in full.

          Respectfully submitted,

          UNITED STATES OF AMERICA
          By its attorneys

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3303

Dated: January 5, 2006

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                             Boston, MA

    I hereby certify that on this date, I have served a paper copy of the foregoing by mailing to Bernard Smith in Stratham, NH 03885.

          /s/ Christopher R. Donato
          CHRISTOPHER R. DONATO
          Assistant U.S. Attorney