| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 05-10009 |
|---|---|---|
| | *U.S. DISTRICT COURT DISTRICT OF N.H. FILED 2006 MAY 26 A 11: 37* | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bernard Smith<br>28 Winterberry Lane<br>Stratham, NH 03885 | DISTRICT OF MASSACHUSETTS | Criminal, D/MA, Boston |
| | NAME OF SENTENCING JUDGE<br>The Honorable Douglas P. Woodlock | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/20/05   TO 10/19/08 |

**OFFENSE**

Conspiracy, 18 U.S.C. § 371
False Statements, 18 U.S.C. §
Aiding and Abetting, 18 U.S.C. § 2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the New Hampshire upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*May 22, 2006*
Date

*/s/ Douglas P. Woodlock*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Hampshire

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*June 1 2006*
Effective Date

*/s/*
United States District Judge